# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| IN RE: IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL 1699 M:05-cv-016990CRB |
| BETTYE MAGEE, et al.          PLAINTIFFS | ) ) ) | |
| VS. | ) ) | |
| MERCK & CO, INC., et al.                              DEFENDANTS | ) ) ) | THIS DOCUMENT RELATES TO: 3:06cv00159CRB |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the motion, *ore tenus*, of the Plaintiffs and Defendants Pravin Patel, M.D., Cooper Terry, M.D., Robert Pickering, M.D., Craig Clark, M.D., Guy Vise, M.D., Tabor Drugs, and Mississippi Emergency Associates, P.A. to dismiss these Defendants with prejudice, and the Court having duly considered the same, and noting the agreement between the parties, finds that the motion is well-taken and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiffs' Complaint, as well as any and all amendments thereto, including any and all claims asserted therein, or which may or might have been asserted therein, against Defendants Pravin Patel, M.D., Cooper Terry, M.D., Robert Pickering, M.D., Craig Clark, M.D., Guy Vise, M.D., Tabor Drugs, and Mississippi Emergency Associates, P.A., are hereby dismissed with prejudice, with each party to bear their own costs, and the Court finding no just cause for delay, declares this Order final pursuant to Rule 54(b)

of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 20th day of __ October _____, 2006.



_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AS TO FORM AND CONTENT:


 s/Charles E. Gibson, III _____
Charles E. Gibson, III
GIBSON LAW FIRM
Post Office Box 3493
Jackson, Mississippi 39207-3493
Telephone: (601) 957-6010
Facsimile: (601) 957-6065

*Counsel for Plaintiffs*



 s/Kenneth D. McLean _____
Kenneth D. McLean, Esq.
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: (601) 968-5500
Facsimile: (601) 968-5593

*Counsel for Defendants Pravin Patel, M.D.,*
*Cooper Terry, M.D., Robert Pickering, M.D.,*
*Craig Clark, M.D., Guy Vise, M.D., Tabor Drugs,*
*and Mississippi Emergency Associates, P.A.*