UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1699<br>Case No.: M:05-CV-01699-CRB |
| BETTY J. MAGEE, et al.<br><br>  Plaintiffs,<br>v.<br><br>PFIZER INC., et al.<br><br>  Defendants. | Civil Action No. C-06-0159-CRB<br><br>**ORDER RE STIPULATION TO DISMISS** |

THIS MATTER coming before the Court on Plaintiffs' and Defendants G.D. Searle, LLC (improperly identified in Plaintiffs' Complaint as G.D. Searle and Co.) ("Searle"), Pharmacia Corporation (improperly identified in Plaintiffs' Complaint as Pharmacia, Inc.) ("Pharmacia"), Monsanto Company (now known as Pharmacia Corporation) ("Monsanto"), and Pfizer Inc.'s ("Pfizer") (collectively referred to as the "Manufacturer Defendants"), Stipulation to Dismiss, and the Court having been fully advised on all matters set forth therein, HEREBY ORDERS the dismissal of this matter with prejudice as to Plaintiffs Jessie Collins, Melissa Sykes, Noel Neiser, Janet Kerr, Jessie R. Buie, Verylee Watson, Walter Taylor, Diane Slaughter, Louise McMillan, William Buck, Alvania Ballard, Vema Hall, Nettie Cole Ward, Shirley Smith Sacks, Pamela McMillan, Marcella Weathersby, Vera Ray, Alma Elliot, Lue Ella Jones, Dorothy Clark, Alice Snow, Cleotis Mister, May Mays, Otha Phillips, Freddie Triplett, Johnny Stewart, David Blackmon, Hatties Qualls, Helen Collins, Ossie Wilkes, Asa Small, Hattie Barnes, Annie Gillom, and Evelyn Baskin.

All parties are to bear their own costs. Plaintiffs' counsel shall forward a copy of this Order to all of the Plaintiffs in this matter.

1

2  IT IS SO ORDERED:

3  DATED: __October 27, 2006_____   _____
4  THE HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28