IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-1699 CRB<br><br>**ORDER TO SHOW CAUSE** |

*This document relates to:*

| | |
|---|---|
| Paul Kahl | 06-0159 |
| Bennie Henderson | 06-0159 |
| Lula Eckols | 06-0159 |
| Melissa Griffin | 06-0159 |
| Maggie Mae Gross | 06-0159 |
| Jeffrey Dubose | 06-0159 |
| Lue Ella Jones | 06-0159 |
| Dorothy Clark | 06-0159 |
| Freddie Triplett | 06-0159 |
| Joe Lewis Brown | 06-0159 |
| E.Q. Eckford | 06-0159 |
| Dianne H. Baer | 06-0159 |
| Eone Virgil | 06-0159 |
| Antonientte Abram | 06-0160 |
| Sharon Johnson | 06-0160 |

Now pending for decision before the Court are the motions of The Gibson Law Firm withdraw as counsel for plaintiffs in the above actions. After carefully considering the motion, and the supporting exhibits filed under seal, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) The Gibson Law Firm's motion to withdraw as counsel should not be granted; and (2) each plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If a plaintiff wishes to contest the withdrawal of

counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, the plaintiff shall appear, either individually or through new counsel, at a hearing at **10:00 a.m. on January, 26, 2006 in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.**

Counsel The Gibson Law Firm is directed to immediately serve this order on the above plaintiffs at their last known addresses.

**IT IS SO ORDERED.**

Dated: December 11, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE