IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-1699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING PLAINTIFFS' CLAIMS** |

*This document relates to:*

| | |
|---|---|
| Paul Kahl | 06-0159 |
| Bennie Henderson | 06-0159 |
| Lula Eckols | 06-0159 |
| Melissa Griffin | 06-0159 |
| Maggie Mae Gross | 06-0159 |
| Jeffrey Dubose | 06-0159 |
| Lue Ella Jones | 06-0159 |
| Dorothy Clark | 06-0159 |
| Freddie Triplett | 06-0159 |
| Joe Lewis Brown | 06-0159 |
| E.Q. Eckford | 06-0159 |
| Dianne H. Baer | 06-0159 |
| Eone Virgil | 06-0159 |
| Antonientte Abram | 06-0160 |
| Sharon Johnson | 06-0160 |

The Court previously ordered the above plaintiffs to show cause why (1) The Gibson Law Firm's motion to withdraw as counsel should not be granted; and (2) each plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. The Court advised that if a plaintiff wished to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, the plaintiff shall appear, either individually or through new counsel, at a hearing at 10:00 a.m. on January 26, 2007 in Courtroom 8, 19th

1  Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

2  None of the plaintiffs appeared at the January 26 hearing and none of the plaintiffs has
3  otherwise communicated with the Court.  Accordingly, The Gibson Law Firm's motion to
4  withdraw is GRANTED and the claims of the above plaintiffs are DISMISSED with
5  prejudice.

6  **IT IS SO ORDERED.**

7  Dated: January 26, 2007

8  CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\gibsonwithdrawalorder.wpd    2